```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16631
  DONALD L BAK
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-4117


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/15/06 and confirmed on 04/04/07.

     2.  The case was dismissed after confirmation, 09/07/2007.

     3.  The Debtor paid a total of $   2134.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE       981.20            .00         981.20
HOUSEHOLD FINANCE CORP   SECURED                .00            .00            .00
HOUSEHOLD FINANCE CORP   MORTGAGE ARRE      8240.79            .00         423.31
INTERNAL REVENUE SERVICE PRIORITY          NOT FILED           .00            .00
ALLIED ANESTHESIA        UNSECURED         NOT FILED           .00            .00
CALVARY PORTFOLIO SERV   UNSECURED         NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED             203.97          .00            .00
MERCHANTS CREDIT GUIDE   UNSECURED         NOT FILED           .00            .00
NICOR GAS                UNSECURED             623.40          .00            .00
PROVENA ST MARY'S        UNSECURED         NOT FILED           .00            .00
CCA                      UNSECURED         NOT FILED           .00            .00
ALLIED INTERSTATE        UNSECURED         NOT FILED           .00            .00
HARVARD COLLECTION SERVI UNSECURED         NOT FILED           .00            .00
ARMOR SYSTEMS CORP       UNSECURED         NOT FILED           .00            .00
RX AQUISITIONS           UNSECURED             408.60          .00            .00
RX AQUISITIONS           UNSECURED              55.59          .00            .00
RX AQUISITIONS           UNSECURED              47.66          .00            .00
          Summary of disbursements:

                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9221.99           .00      1339.22         .00       10561.21
PRINCIPAL PAID      1404.51           .00          .00         .00        1404.51
INTEREST PAID           .00           .00          .00         .00             .00
TOTAL PAID          1404.51           .00          .00         .00        1404.51
The Debtor's attorney, STUART B HANDELMAN              , was allowed $   2500.00
and was paid $   1826.00  direct and $    674.00  through the plan.

The Trustee received $      55.49 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                              /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 06 B 16631 DONALD L BAK